**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
MAGISTRATE JUDGE MICHAEL J. WATANABE**

Case No. 06cv2505-WDM-MJW

SUE A MILLER, surviving spouse of David J, Miller deceased,
LENYCE E, MILLER, minor, by and through her mother and next friend,
KARIANE R. MILLER, minor, by and through her mother and next friend,
and
JOZALYNE R. MILLER, minor, by and through her mother and next friend,

    Plaintiffs,

v.

NATIONAL RAILROAD PASSENGER CORPORATION,

    Defendant.

---

**MINUTE ORDER RE:
UNCONTESTED MOTION TO VACATE AND RESCHEDULE SCHEDULING
CONFERENCE (DN 7)**

---

    It is hereby ORDERED that the Defendant's Uncontested Motion to Vacate and Reschedule Scheduling Conference, DN 7, filed with the Court on January 16, 2007, is GRANTED. The Scheduling Conference set on February 13, 2007, at 9:30 a.m., is VACATED and shall be RESET on March 17, 2007, at 10:00 a.m.

    Date: January 17, 2007