IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Michael J. Watanabe

Civil Action No. 06-cv-02505-WDM-MJW

SUE A. MILLER, et al.,

Plaintiff(s),

v.

NATIONAL RAILROAD PASSENGER CORPORATION,

Defendant(s).

MINUTE ORDER
(DN 16)

It is hereby ORDERED that the Unopposed Motion to Intervene, DN 16, filed with the Court on February 9, 2007, is GRANTED.

IT IS FURTHER ORDERED that the Complaint in Intervention, filed together with the Unopposed Motion to Intervene is deemed filed and shall be accepted for filing as of the date of this order.

Date:  February 13, 2007