IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
JUDGE WALKER D. MILLER

Civil Action No. 06-cv-02505-WDM-MJW

SUE A MILLER, et al.,

    Plaintiffs,

v.

NATIONAL RAILROAD PASSENGER CORPORATION,

    Defendant.

_____

**MINUTE ORDER**
_____

JUDGE WALKER D. MILLER
Jane Trexler, Judicial Assistant/Deputy Clerk

    The following minute order is entered by Judge Walker D. Miller:

    The motion for ruling is granted in part; counsel shall contact chambers within 5 days to set a hearing on the petition to approve settlement.

Dated:  October 24, 2007

                                      s/ Jane Trexler, Judicial Assistant