IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Case No. 06-cv-02505-WDM-MJW

SUE A. MILLER, surviving spouse of David J. Miller, deceased, and
LENYCE E. MILLER,
KARIANE R. MILLER and
JOZALYNE R. MILLER, minors, by and through their mother and next friend, Sue A. Miller,

    Plaintiffs,
vs.

NATIONAL RAILROAD PASSENGER CORPORATION,

    Defendant,

and,

ROUSTABOUT SPECIALTIES, INC.

    Intervenor.

**ORDER APPROVING THE ESTABLISHMENT OF THE
SUE MILLER QUALIFIED SETTLEMENT FUND**

This matter is before me on the Plaintiffs' Unopposed Motion for the Establishment of the Sue Miller Qualified Settlement Fund. Following review of the file and hearing on the motions, I order:

1. The motion is granted and the Sue Miller Qualified Settlement Fund ("Fund"), attached as Exhibit 1 to the Plaintiffs' Motion, is established. The terms of the Fund shall be carried out forthwith and the Fund shall be governed by the provisions of 26 U.S.C. § 468B and Treas. Reg. Section 1.468 B-1.

2. Pursuant to the binding release and settlement agreement entered into between the parties, which is attached to the Petition as Exhibit 2, Defendant National Railroad Passenger Corporation ("Amtrak") shall transfer forthwith the sum of $999,999.00 to the Golden Fiduciary Services, LLC, as Trustee. The

Trustee shall make distributions from the Fund in accordance with the terms of the Fund and commensurate with its duties as a fiduciary without further Court approval.

3. Upon receipt by the Trustee of the sum of $999,999.00 from Amtrak, the releases executed by the Plaintiffs are incorporated in this Order as if fully set forth herein, and Amtrak shall be fully and completely released, including, but not limited to, the investment, management, and treatment of such lump-sum payments by the Trustee as well as any liability arising out of any structured settlements that may be entered into among the Trustee and one or more of the Plaintiffs and/or her counsel.

4. This Court shall maintain continuing jurisdiction over the Fund. Otherwise, the parties shall promptly file stipulations for dismissal with prejudice of this case and case no. 07-cv-01307-WDM.

DATED at Denver, Colorado, on November 1, 2007.

BY THE COURT:

s/ Walker D. Miller
United States District Judge