IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Walker D. Miller

Civil Action No. 06-cv-02505-WDM-MJW

SUE A. MILLER, et al.,

    Plaintiffs,

v.

NATIONAL RAILROAD PASSENGER CORPORATION,

    Defendant,

and

ROUSTABOUT SPECIALTIES, INC.,

    Intervenor.

## NOTICE OF DISMISSAL

The court takes judicial notice that the parties have filed a Stipulation for Dismissal With Prejudice in accordance with Fed. R. Civ. P. 41(a)(1). Accordingly, the complaint and all claims are dismissed with prejudice, each party to pay his or its own costs and attorneys' fees.

DATED at Denver, Colorado, on November 20, 2007.

                                    BY THE COURT:

                                    s/ Walker D. Miller

PDF FINAL

United States District Judge